WALLACE WILSON MIORIN, an Infant, by MARTHA AMBROSE, His Guardian ad Litem, Appellant, v. ANNIE MIORIN, as Executrix, etc., of ANTHONY MIORIN,

Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.